No. 918, Misc.   LEWIS v. HAND, WARDEN.   Supreme Court of Kansas.   Certiorari denied.

No. 988, Misc.   MILLER v. ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 1007, Misc.   BUCK v. OHIO.   Supreme Court of Ohio.   Certiorari denied.   *Bernard I. Rosen* for petitioner.

No. 1053, Misc.   COLEMAN v. NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 763, Misc.   LIPSCOMB v. UNITED STATES BOARD OF PAROLE.   The petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit and for other relief is denied.   Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *David Rubin* for respondent.

No. 634.   GINSBURG v. STERN ET AL., 368 U. S. 987;

No. 542, Misc.   CURRY v. UNITED STATES, 368 U. S. 991;

No. 670, Misc.   SMITH v. SETTLE, WARDEN, 368 U. S. 994;

No. 703, Misc.   WALKER ET AL. v. WALKER ET AL., 368 U. S. 996; and

No. 803, Misc.   ANTIPAS v. OVERHOLSER, HOSPITAL SUPERINTENDENT, 368 U. S. 981.   Petitions for rehearing denied.

No. 96.   MORGAN ET UX. v. COMMISSIONER OF INTERNAL REVENUE, 368 U. S. 836.   The motion for leave to file petition for rehearing is denied.